# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR FERNANDEZ-VIRGIN,<br><br>    Defendant. | Case No. 2:10-cr-00449-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Early Termination of Supervised Release (#46) is DENIED.

DATED this ___8___ day of April, 2016.

_____
Lloyd D. George
United States District Judge